UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

07 DEC 20 AM 9: 42 '07 MJ 2942

CLERK U.S.
SOUTHERN

BY:

DEPUTY

| | |
|---|---|
| **UNITED STATES OF AMERICA,** | ) Magistrate Case No._____ |
| | ) |
| Plaintiff, | ) COMPLAINT FOR VIOLATION OF |
| | ) |
| v. | ) Title 8, U.S.C., Section |
| | ) 1324(a)(2)(B)(ii)- |
| **Roberto QUINONEZ-Ambrosio** | ) Bringing in Illegal Aliens  for |
| | ) Financial Gain |
| Defendant. | ) |
| | ) |
| | ) |
| | ) |

The undersigned complainant being duly sworn states:

On or about **December 19, 2007**, within the Southern District of California, defendant **Roberto QUINONEZ-Ambrosio**, with the intent to violate the immigration laws of the United States, knowing and in reckless disregard of the fact that an alien, namely, **Gloria GOMEZ-Nava**, had not received prior official authorization to come to, enter and reside in the United States, did bring to the United States said alien for the purpose of commercial advantage and private financial gain; in violation of Title 8, United States Code, Section 1324(a)(2)(B)(ii).

And the complainant states that this complaint is based on the attached statement of facts, which is incorporated herein by reference.

_____
SIGNATURE OF COMPLAINANT
Sara Esparagoza, U.S. Customs and
Border Protection Enforcement Officer

Sworn to before me and subscribed in my presence, this **20th** day of **December 2007**.

_____
UNITED STATES MAGISTRATE JUDGE

## PROBABLE CAUSE STATEMENT

The complainant states that **Gloria GOMEZ-Nava** is a citizen of a country other than the United States; that said alien has admitted she is deportable; that her testimony is material; that it is impracticable to secure her attendance at trial by subpoena; and that she is a material witness in relation to this criminal charge and should be held or admitted to bail pursuant to Title 18, United States Code, Section 3144.

On December 19, 2007 at approximately 8:04 AM, **Roberto QUINONEZ-Ambrosio (Defendant)** applied for admission into the United States from Tijuana, Mexico at the San Ysidro, California Port of Entry through vehicle primary lane 23. Defendant was the driver of a black Chevrolet Camaro. Accompanying Defendant as a front passenger was a female later identified as **Gloria GOMEZ-Nava**. During primary inspection before a Customs and Border Protection (CBP) Officer, Defendant presented a Permanent Resident Card bearing the name Martin SALAS-Cortes for himself and a Border Crossing Card for the passenger bearing the name Brenda Alejandra MARTINEZ-Arceo. The primary officer noticed Defendant and passenger were imposters to the documents presented. Defendant, passenger and the vehicle were escorted to secondary for further investigation.

In secondary, Defendant and passenger were determined to be citizens of Mexico without proper documents to enter the United States. Defendant was fingerprinted utilizing the Integrated Automated Fingerprint Identification System (IAFIS). IAFIS resulted in a positive match identifying Defendant as a recidivist alien smuggler. The passenger, **Gloria GOMEZ-Nava,** is now identified as Material Witness in the case.

Defendant was advised of his Miranda rights and elected to make a statement and answer questions without a lawyer present. Defendant admitted he was attempting to smuggle Material Witness for financial gain. Defendant stated he knew Material Witness was an undocumented alien and stated he was going to receive a sum of $300.00 USD for the smuggling act. Defendant stated he made the smuggling arrangements with a male named 'Ernesto" in Tijuana, Mexico. Defendant stated he was going to drop off Material Witness at a McDonalds located on Dairy Mart Road.

Material Witness was interviewed and the following declaration was obtained: Material Witness admitted being a citizen of Mexico without entitlements to enter or reside in the United States. Material Witness stated she intended to go to Los Angeles, California to seek employment. Material Witness stated an unknown fee was to be paid for being smuggled into the United States.

SIGNATURE OF COMPLAINANT
Sara Esparagoza, U.S. Customs and
Border Protection Enforcement Officer

UNITED STATES MAGISTRATE JUDGE