UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | 08CR 0047-L |
| Plaintiff | ) | CRIMINAL NO. 07mj2942 |
| vs. | ) | ORDER |
| Roberto Quinoney-Ambrosio | ) | RELEASING MATERIAL WITNESS |
| Defendant(s) | ) | Booking No. 06766298 |

William McCurine, Jr.

On order of the United States District/Magistrate Judge,

IT IS HEREBY ORDERED that the following named person heretofore committed to the custody of the United States Marshal as a material witness be released from custody: (Bond Posted / Case Disposed / Order of Court).

Gloria Gomez-Nava

DATED: 1-8-08

William McCurine, Jr.
_____
UNITED STATES DISTRICT/MAGISTRATE JUDGE

RECEIVED _____
DUSM

OR

W. SAMUEL HAMRICK, JR., Clerk
by _____
Deputy Clerk

CLERK'S OFFICE COPY
mc500 Crim-25 rev. 8-95

☆ U.S. GPO: 2003-581-774/70062